**Appeal Dismissed and Memorandum Opinion filed December 11, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00258-CV

## IN THE INTEREST OF F.S.C., A CHILD

**On Appeal from the County Court No. 3
Galveston County, Texas
Trial Court Cause No. 07-FD-0721**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 6, 2018. The clerk's record was filed August 6, 2018. The reporter's record was filed September 28, 2018. No brief was filed.

On November 6, 2018, this court issued an order stating that unless appellant filed a brief on or before November 21, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.